# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

137953

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES PROKES, as Subrogee of
WATER-TITE COMPANY,
      Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE
COMPANY,
      Defendant-Appellee,

and

GREAT AMERICAN ALLIANCE
INSURANCE COMPANY,
      Defendant.

SC: 137953
COA: 278321
Oakland CC: 07-008583-AV

_____/

      On order of the Court, the application for leave to appeal the September 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

_____
Clerk